UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In Re:                                                 *
    RAMLOGAN, AMY M.,                              Case No: 12-23193
        Debtor.                              *   Chapter 13

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO ALLOW DEBTOR AN EXTENSION OF CREDIT
### TO FINANCE A VEHICLE

    Now comes the Debtor/Movant, Amy M. Ramlogan, by and through undersigned counsel and respectfully requests that the Court allow extension of credit to finance a vehicle and states as follows:

1. On July 17, 2012, the Debtor filed a petition for Relief under Chapter 13 of the Bankruptcy Code thereby commencing in this Court case number 12-23193.

2. That the Debtor is in need of a vehicle because her current vehicle has an odometer reading of over 150,000 miles, and has become unreliable. The repairs required to make the vehicle safe and reliable are inadvisable considering the age and condition of the vehicle.

3. The Debtor requires a reliable vehicle for transportation to and from her place of employment, and to and from medical appointments.

4. The Debtor wishes to purchase a used 2012 Nissan Pathfinder SV 4DR/A 4x4, with a purchase price of $23,995.00, taxes and fees totalling $3,859.70 and a trade in allowance of $4,000.00, pursuant to a proposed deal worksheet with Easterns Automotive Group. (See attached Exhibit 1).

5. The balance of the purchase price, $23,854.70, will be financed through Easterns Automotive Group over a term of 72 months at 20.99% interest.

7. The Debtors' anticipated monthly car payment for the financed vehicle will be approximately $590.28.

    **WHEREFORE**, the Debtor respectfully requests that this Court grant the *Motion to Allow Debtor Extension of Credit to Finance a Vehicle*, and for such other relief that this Court deems appropriate.

                                                            Respectfully submitted,

August 19, 2014                                             /s/

                                                          Jeffrey M. Sirody, Bar No. 11715
                                                          Jeffrey M. Sirody and Associates
                                                          1777 Reisterstown Road, Suite 360
                                                          Baltimore, MD 21208
                                                          (410) 415-0445

                                                          Counsel for the Debtor(s)/Movant(s)

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that on this 19th day of August, 2014, a copy of the foregoing *Motion* was mailed first class, postage prepaid to all creditors on the attached mailing list, which was downloaded from the Court's website, and electronically served upon:

      Chapter 13 Trustee
      US Trustee

                                                            /s/
                                                           Jeffrey M. Sirody, Esquire